```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
        CORPUS CHRISTI DIVISION
```

UMG RECORDINGS, INC., et al,     §
                                 §
    Plaintiffs,                  §
                                 §
vs.                              §   C.A. NO. C-06-66
                                 §
MARK REDDOUT,                    §
                                 §
    Defendant.                   §

## ORDER

On this day the Court conducted an initial pretrial conference in the above-styled action. At the conference, the Plaintiffs indicated that they had not perfected service on the Defendant. Therefore, the Court RESETS this conference for Wednesday, May 17, 2006, at 1:15 pm.

SIGNED and ENTERED this 4th day of April, 2006.

_____
        Janis Graham Jack
  United States District Judge